# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

August 26, 2024

Lyle W. Cayce
Clerk

————————

No. 23-30445

————————

STATE OF MISSOURI; STATE OF LOUISIANA; AARON KHERIATY; MARTIN KULLDORFF; JIM HOFT; JAYANTA BHATTACHARYA; JILL HINES,

*Plaintiffs—Appellees*,

*versus*

JOSEPH R. BIDEN, JR.; VIVEK H. MURTHY; XAVIER BECERRA; DEPARTMENT OF HEALTH & HUMAN SERVICES; ANTHONY FAUCI; ET AL.,

*Defendants—Appellants*.

——————————————————————

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:22-CV-1213

——————————————————————

## ON REMAND FROM
## THE SUPREME COURT OF THE UNITED STATES

Before CLEMENT, ELROD, and WILLETT, *Circuit Judges*.

PER CURIAM:[*]

———————————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 23-30445

This case is before us on remand from the Supreme Court, which reversed our judgment and held that none of the Plaintiffs has standing to seek a preliminary injunction. *Murthy v. Missouri*, 144 S. Ct. 1972, 1981, 1997 (2024). Accordingly, we VACATE the judgment of the district court and the preliminary injunction in their entirety and REMAND for further proceedings consistent with the Supreme Court's opinion. The Clerk is directed to issue the mandate forthwith.